UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

FLAVIEN SILIKI, o*n behalf of himself and all others similarly situated*,

                Plaintiff,

           -v.-

ALAN LINN, *individually and as an officer, director, and/or principal of Norwood*, and CITIZENS ARTS CLUB, INC., *d/b/a Norwood*,

                Defendants.

21 Civ. 8162 (KPF)

**ORDER**

KATHERINE POLK FAILLA, District Judge:

    Plaintiff Flavien Siliki filed the Complaint in this case on October 2, 2021. (Dkt. #1). On November 12, 2021, Plaintiff filed affidavits of service stating that Defendants Alan Linn and Citizens Arts Club, Inc., had been served on October 19, 2021. (Dkt. #13, 14). Since that time, Defendants have not filed a notice of appearance or answered the Complaint. If Plaintiff wishes to pursue this case further, he is directed to move for a certificate of default from the Clerk's Office in accordance with Rule 4(I) of this Court's Individual Rules of Practice in Civil Cases on or before **January 24, 2022**. The Court cautions Plaintiff that his failure to do so may result in the dismissal of his case for failure to prosecute and comply with the Court's order.

    SO ORDERED.

Dated:  January 10, 2022
         New York, New York

                                              *Katherine Polk Failla*
                                          KATHERINE POLK FAILLA
                                          United States District Judge