UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

FLAVIEN SILIKI, o*n behalf of himself and all others similarly situated*,

                  Plaintiff,

              -v.-

ALAN LINN, *individually and as an officer, director, and/or principal of Norwood*, and CITIZENS ARTS CLUB, INC., *d/b/a Norwood*,

                  Defendants.

21 Civ. 8162 (KPF)

**ORDER**

KATHERINE POLK FAILLA, District Judge:

    On January 10, 2022, the Court issued an Order warning Plaintiff Flavien Siliki that his failure to seek a default in this matter by January 24, 2022, could result in the dismissal of the case for failure to prosecute and failure to comply with the Court's order. (Dkt. #15). Plaintiff thereafter filed proposed certificates of default for Defendants Alan Linn and Citizens Arts Club, Inc., on January 20, 2022 (Dkt. #16, 17), and was issued certificates of default by the Clerk of Court on January 21, 2022 (Dkt. #20, 21). Since that time, Plaintiff has not filed a motion for default judgment. If Plaintiff wishes to continue to pursue this case, he is ORDERED to file a motion for default judgment on or before **May 6, 2022**. Plaintiff is once again warned that his failure to do so may result in the dismissal of his case for failure to prosecute and failure to comply with a court order.

SO ORDERED.

Dated: April 21, 2022
        New York, New York

                                                  KATHERINE POLK FAILLA
                                                  United States District Judge