UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------x

FLAVIEN SILIKI, *on behalf of himself and all others similarly situated*,

        Plaintiff,

    -against-

ALAN LINN, *individually and as an officer, director, and/or principal of Norwood*, and CITIZEN ARTS CLUB, INC., *d/b/a Norwood*,

        Defendants.

-------------------------------------------------------------x

21-cv-8162 (KPF) (OTW)

**ORDER**

**ONA T. WANG**, **United States Magistrate Judge**:

Plaintiff's motion for an extension of time to file the ordered briefing for Inquest following default (ECF 32) is **GRANTED**. The deadline is extended to **February 3, 2023**.

Plaintiff shall serve a copy of this Order on the Defaulting Defendants and file proof of service on the docket by **January 10, 2023**.

The Clerk of Court is respectfully directed to close ECF 33.

**SO ORDERED.**

Dated: January 3, 2023
      New York, New York

          *s/ Ona T. Wang*
          **Ona T. Wang**
          United States Magistrate Judge